STUDEBAKER LEGAL SERVICES, P.C.
Michael P. Studebaker (USB 10027)
333 2nd Street, Suite 16
Ogden, UT 84404
Telephone: (385) 200-9901
Email: mike@utahadaadvocates.com
Attorney for Plaintiff

_____

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

_____

| | |
|---|---|
| Sam Burningham, | **NOTICE OF VOLUNTARY DISMISSAL** |
| Plaintiff, | |
| v. | Civil No.: 2:17-cv-00420-DS |
| Blazin Wings, DBA | Judge David Sam |
| Buffalo Wild Wings Grill & Bar, | |
| Defendant. | |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

Plaintiff, Sam Burningham, hereby voluntarily dismisses this action with prejudice.

/ / /

RESPECTFULLY SUBMITTED this July 9, 2017.

/s/ Michael P. Studebaker
**MICHAEL P. STUDEBAKER**
333 2nd Street, Suite 16
Ogden, UT 84404
Telephone: (385) 200-9901
Email: mike@utahadaadvocates.com
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July, 2017 I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to be served upon all e-filing counsel of record and e-mailed the same to:

Marcus B. Smith
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
3800 Howard Hughes Pkwy. Ste. 1500
Las Vegas, NV 89169
marcus.smith@ogletree.com
*Attorney for Defendant*